```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| ERNST RICHARD, individually and as parent and Administrator of the ESTATE OF JOHN RICHARD,<br><br>  Plaintiffs,<br><br>v.<br><br>MWW TRANSPORT, INC., GEORGIA JOHN DOE CORPORATION, WILIAN DUQUE, DEFENDANTS FIRST AND SECOND JOHN DOE, additional owners and/or operators, and NATIONAL INDEMNITY INSURANCE,<br><br>  Defendants. | CIVIL ACTION FILE NUMBER |

**NOTICE OF REMOVAL**

1.

Plaintiff Ernst Richard filed Civil Action File No. 19CV9475 in the DeKalb County Superior Court, State of Georgia, with MWW Transport, Inc., Wilian Duque, and non-entity National Indemnity Insurance[1] as named Defendants. A copy of the applicable Summons and Complaint are attached as Exhibit 1. The Answer of these Defendants is attached as Exhibits 2.

---

[1] Also named elsewhere as National Indemnity Company. See Complaint, ¶ 12. For ease of reference, this entity shall be collectively referred to as "NICO".

2.

Plaintiffs are citizens and residents of the State of Georgia.

3.

Defendant MWW Transport, Inc. is a Florida corporation with its principal place of business located in the State of Michigan. See Answer, ¶ 1.

4.

Defendant Wilian Duque is a citizen and resident of the State of Florida. See Answer, ¶ 5.

5.

Defendant NICO is a Nebraska corporation with its principal place of business located in the State of Nebraska. See Answer, ¶ 12.

6.

Plaintiffs claim unspecified injuries, including the wrongful death of Plaintiff's decedent John Richard, and damages arising out of motor vehicle accident occurring on October 7, 2017 in Lowndes County, Georgia. Complaint, ¶¶ 15-20, 26-27, 42-49 and prayer for relief. Plaintiffs also claim punitive damages. Complaint, ¶¶ 51-52.

7.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b). In accordance with 28 U.S.C. § 1332(a), there exists completed diversity of citizenship between Plaintiffs and these named Defendants and the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000. See <u>Roe v. Michelin N. Am., Inc.</u>, 613 F.3d 1058 (11th Cir. 2010); <u>Int'l Ins. Co. of Hannover v. Morro Wood Townhouses, LLC</u>, 2015 U.S. Dist. LEXIS 185683, *9-10 (N.D. Ga. Nov. 4, 2015).

8.

All named Defendants consent to the removal of this case.

9.

Notice is hereby given, within thirty days after service and receipt of a copy of the Complaint filed in the Fulton County State Court, State of Georgia, from which it may be ascertained that the case is one which is and/or has become removable, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Fed. R. Civ. P. 11 of the removal of this action to this Court. See <u>Exhibit 3</u>.

```
                                DENNIS, CORRY, SMITH & DIXON, LLP

                                /s/ Grant B. Smith
                                GRANT B. SMITH, ESQ.
                                Georgia bar number 658345

                                /s/ Brent M. Estes
                                BRENT M. ESTES, ESQ.
                                Georgia bar number 250605
                                For the Firm
                                Attorneys for Defendants MWW
                                Transport, Inc., National
                                Indemnity Insurance, and Wilian
                                Duque
```

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 365-0102
(404) 365-0134 (Facsimile)
Gbs@dcplaw.com
Bestes@dcplaw.com

-5-

**CERTIFICATE OF SERVICE**

I electronically filed **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Dwayne L. Brown
    Law Office of Dwayne L. Brown, P.C.
    3390 Peachtree Road, Suite 1100
    Atlanta, Georgia 30326
    dbrown@dbrownatty.com

    Frandy J. St. Louis, Esq.
    Kimberly B. Floyd, Esq.
    J. St. Louis & Associates, P.C.
    235 Peachtree Street NE, Suite 400
    Atlanta, Georgia 30303
    stlouis@fstlouislaw.com

I also mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

This 27th day of November, 2019.

                                              /s/ *Brent M. Estes*
                                              BRENT M. ESTES, ESQ.
                                              For the Firm